1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODNEY WAYNE JONES,                    No.  2:17-cv-2002 JAM DB P

12              Plaintiff,

13        v.                                ORDER

14   J. LEWIS, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18   action pursuant to 42 U.S.C. § 1983. Previously, this case was stayed, and the parties were

19   referred to the Court's post-screening ADR project. A settlement conference has since been held,

20   but the case did not settle. Accordingly, **IT IS HEREBY ORDERED** that:

21        1.  The stay in this case is lifted; and

22        2.  Defendants shall file a responsive pleading within thirty days from the date of this

23            Order.

24   Dated:  March 15, 2021

25

26

27

28   /DLB7;
     DB/Inbox/Routine/jone2002.lift stay

                              DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE

                                       1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28