| | |
|---|---|
| RODNEY WAYNE JONES,<br><br>        Plaintiff,<br><br>        v.<br><br>J. LEWIS, et al.,<br><br>        Defendants. | No. 2:17-cv-2002 JAM DB P<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff has filed a request to stay this case for the purpose of a second settlement conference and has requested that it be kept confidential. Plaintiff is advised the court cannot entertain ex parte communications (communications not served on the opposing parties or counsel for the opposing parties) from any party. See Code of Conduct U.S. Judges Canon 3(A)(4) ("[A] judge should not initiate, permit, or consider ex parte communications or consider other communications concerning a pending or impending matter that are made outside the presence of the parties or their lawyers.") Accordingly, plaintiff cannot make confidential communications to the assigned district judge or the assigned magistrate judge.

Sua sponte, defendants will be ordered to indicate their position on the usefulness of another settlement conference. Plaintiff is further advised that, regardless of defendants' position on another settlement conference, he may initiate settlement negotiations by sending a settlement demand or settlement offer to defendants' counsel.

Plaintiff states his law library access has been limited due to the recent pandemic, staff shortage, and other factors. Sua sponte, the court will modify the current deadlines in this case to allow for an additional month of discovery. Plaintiff may request additional time to conduct discovery, if necessary, by requesting the court to further modify these dates. However, such a request should be supported by good cause, including specific details, such as the nature of the discovery sought, why it is needed, and efforts already made to obtain it.

Good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's motion for a stay (ECF No. 33) is denied without prejudice;

2. Sue sponte, the court modifies the dates in the April 19, 2021 discovery and scheduling order (ECF No. 32) as follows:

    a. The parties may conduct discovery until September 20, 2021. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date;

    b. All pretrial motions, except motions to compel discovery, shall be filed on or before December 12, 2021;

    c. All other terms, dates, and orders in the discovery and scheduling order filed April 19, 2021 remain in effect.

3. Within seven days of the date of this order, defendants shall file a notice stating their position on the usefulness of scheduling another settlement conference.

Dated: July 8, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
jone2002.36disc