UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. LEWIS, ET AL.,<br><br>　　　　Defendants. | No. 2:17-cv-02002-JAM-DB P<br><br>ORDER REFERRING CASE TO POST-SCREENING ADR PROJECT AND STAYING CASE |

  Plaintiff is a state prisoner proceeding without counsel. This case was previously referred to the Post-Screening ADR (Alternative Dispute Resolution) Project. A settlement conference was held on January 19, 2021 and the case did not settle. Both parties recently expressed that a second settlement conference may be useful. By separately issued minute order, this case has been set for a settlement conference on October 18, 2021 at 09:30 AM before Magistrate Judge Carolyn K. Delaney.

  Currently, the parties have until July 22, 2021, to serve written discovery; until September 20, 2021, to conduct discovery and file any motions to compel; and until December 12, 2021, to file any dispositive motions. (ECF No. 34.) Good cause appearing, however, the dates in the July 15, 2021 discovery and scheduling order will be vacated and the discovery and dispositive motion deadlines will be stayed. The opportunity to file any necessary further discovery and/or motions to compel will be preserved.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is stayed for 120 days to allow the parties an opportunity to settle their dispute before the discovery process concludes. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action.

2. At least seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described above, to the settlement judge. Defendant shall e-mail the settlement conference statement to the settlement judge's proposed orders e-mail address. Plaintiff shall place his settlement conference statement in the U.S. mail addressed to the settlement judge, United States District Court, 501 I Street, Sacramento, CA 95814. Plaintiff shall mail his settlement conference statement so that it is received by the court at least seven days before the settlement conference.

3. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

4. The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." See L.R. 182(f).

Dated: July 28, 2021

DLB7
jone2002.ADR

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE